

# GK Gellert & Klein, P.C.
### Attorneys at Law

Leonard Klein
Arthur L. Gellert
Stephen E. Ehlers
John A. Geoghegan
Lillian S. Weigert
James M. Fedorchak
Stephen E. Diamond ■
Scott L. Volkman
David R. Wise *
Roderick J. MacLeod
Bevin S. Harrington
Daniel H. Stock
Susan L. Flynn ▲
Pamela B. Richardson ▲
Kelly L. Traver *
Laura E. Vincenzi

75 Washington Street • Poughkeepsie, NY 12601
(845) 454-3250
(845) 454-4652 fax

Westchester office
3010 Westchester Avenue Suite 302
Purchase, NY 10577
(914) 249-0100
(914) 249-0111   fax

www.gklaw.us

Counsel
S. Nina Gellert
Raina E. Maissel ◊
Senator Stephen M. Saland
Robert C. Vincent, Jr.

Joseph H. Gellert (1907-1989)

*Also Admitted in CT
▲Also Admitted in NJ
■Also Admitted in MA & FL
◊Also Admitted in England

April 7, 2008

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
U.S. District Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: Trustees of the Bricklayers and Allied Craftworkers
Local 5 NY Funds, et al v. Gemini Contracting, Inc. and
Joseph P. Bernabo, Individually
**07 CIV 9634 (KMK)**
Our File No.  26532.2031

Dear Judge Karas:

We are the attorneys for plaintiffs with respect to the above-captioned matter which is a claim for delinquent contributions under ERISA.  The Summons and Complaint were filed on October 30, 2007 and for your convenience I am enclosing a copy of each.

Shortly thereafter the defendants agreed to provide us with documentation necessary to conduct a review to determine the amount of delinquent fringe benefit contributions which were due.  On March 27th we received the accountants' report which has now been provided to the defendants.



Hon. Kenneth M. Karas
April 7, 2008
Page 2

    In order to save time and money we delayed serving defendants with the Summons and Complaint allowing the time to serve to expire. I would be most grateful if Your Honor could extend our time to serve for a period of sixty days by perhaps memo endorsing. By then the case will either be resolved and we will file a discontinuance or we will effectuate service on the defendants.

    Thank you for your consideration of this request.

                      Very truly yours,

                      GELLERT & KLEIN, P.C.

                      STEPHEN E. EHLERS

SEE/jcd
Enclosure

cc:  Mr. Tony Piacente (w/o encl.)
     Mr. Albert Alimena (w/o encl.)
     Alex Kuchis, CPA (w/o encl.)

*Plaintiff has until June 8, 2008 to serve the Complaint.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
4/8/08