UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK
RETIREMENT, WELFARE, LABOR MANAGEMENT
COALITION and APPRENTICE TRAINING AND
JOURNEYMEN UPGRADING FUNDS, and
BRICKLAYERS AND ALLIED CRAFTWORKERS
LOCAL 5 NEW YORK,

                      Plaintiffs,

- against -

GEMINI CONTRACTING, INC. and
JOSEPH P. BERNABO, Individually, and
INTERNATIONAL FIDELITY INSURANCE
COMPANY (as surety for F.C. & C.
CONSTRUCTION ENTERPRISES, INC.),

                      Defendants.
------------------------------------------------------------------X

**VOLUNTARY WITHDRAWAL
AND ORDER
DISCONTINUING ACTION**

**07 CIV 9634 (KMK)(LMS)**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**WHEREAS**, to avoid the expense and inconvenience of continued litigation and the parties having agreed to settle this action, this action is

**HEREBY VOLUNTARILY WITHDRAWN** by the plaintiffs and it is acknowledged that this action be discontinued with prejudice and without costs.

Dated: June 17, 2008

                      GELLERT & KLEIN, P.C.

                      BY: _____
                      Stephen E. Ehlers (SE-3064)
                      Attorneys for Plaintiffs
                      75 Washington Street
                      Poughkeepsie, NY 12601
                      (845) 454-3250

SO ORDERED Jun 24, 2008

_____
Hon. Kenneth M. Karas, U.S.D.J.

F:\USER\clients\H\HVDC\GEMINI\Legal\VOLUNTARY WITHDRAWAL.wpd\June 19, 2008 (11:31am)